IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTOINE DAVIS, PETITIONER, pro se

v.

UNITED STATES OF AMERICA

FILED

MAR 06 2008

MICHAEL E. KUNZ, Clerk
By__________Dep.Clerk

Criminal No. 97-104-01

PETITION FOR 2-POINT REDUCTION

1. INTRODUCTION

Effective November 1, 2007, the U.S. Sentencing Commission amended the Sentencing Guidelines to reduce the sentencing range for cocaine base related offenses by two levels. See U.S.S.G. §2D1.1. On December 11, 2007, the Commission voted to make that amendment retroactive, effective March 3, 2008, to apply to defendants sentenced before November 1, 2007. See U.S.S.G. §1B1.10 (amended December 11, 2007. Pursuant to 18 U.S.C. § 3582(c)(2) Petitioner Antoine Davis asks that the Court apply the 2-point reduction to his case.

Petitioner was sentenced to a level 34 on the Sentencing Guideline chart on or about July 10, 1998. The 2-point reduction would place Petitioner in level 32. That would still place Petitioner's sentence above the 'statutory' minimum of 10 years for the drug quantity in Petitioner's case. Petitioner was sentenced to a total of 211 months on July 10, 1998 for cocaine base and a firearm. If Petitioner was afforded the opportunity to receive the 2-point reduction Petitioner would still have a couple of years remaining on his sentence that will be utilized for completing a few more classes, one in particular being pursuing a carpenter's certification.

2. CONCLUSION

Petitioner asks the sentencing Court to please apply the 2-point reduction retroactively to his case. Petitioner recognizes that he is not obligated to receive it and that it is the discretion of the Sentencing Court. Petitioner has completed several classes such as Parenting, Positive Mental Attitude, Job

Skills, Life Skills as well as several others. Petitioner plans to accomplish more during his remaining years. Petitioner, out of respect for the Court and the increase in overwhelming paperwork that the Court may receive due to the Guideline Amendment, Petitioner intends to make his request for the 2-point reduction brief.

Respectfully Submitted,

Antoine Davis

Antoine Davis Reg. No. 50679-066

# CERTIFICATE OF SERVICE

I certify under the penalty of perjury as written out at Title 28 U.S.C. § 1746 that the foregoing, PETITION FOR 2-POINT REDUCTION, was placed in the mailbox at Federal Prison-Allenwood, first-class postage affixed, for placement in the United States mail on this 3rd day of March 2008. In the same fashion, a true and correct copy of the document was sent to:

Ms. Anita Eve
Assistant United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, Pennsylvania 19106

Antoine Davis