**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*BERNADETTE McKEON*
*Direct Dial: (215) 861-8326*
*Facsimile: (215) 861- 8233*
*E-mail Address:*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 28, 2008

Honorable Lowell A. Reed, Jr.
Senior Judge, United States District Court
4001 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1705

FILED
MAY - 2 2008
MICHAEL E. KUNZ, Clerk
By__________Dep. Clerk

RE: United States v. Antoine Davis
Criminal No. 97-104-01

Dear Judge Reed:

This shall confirm that the United States Attorney's Office agrees that this defendant is eligible for a two level reduction under the recent amendments to the crack cocaine guidelines, and concurs with the analysis set forth in the letter from the Federal Defender's Office filed on April 22, 2008.

Please contact me if you need any further information.

Respectfully yours,

PATRICK L. MEEHAN
United States Attorney

Bernadette McKeon /bmk

BERNADETTE McKEON
Assistant United States Attorney

cc: Felicia Sarner, Esquire
Michael Santella, U.S. Probation