IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES Of AMERICA,

Respondent,

Criminal No. 97-104

vs.

ANTOINE DAVIS,

Petitioner

---

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Comes Now, Petitioner Antoine Davis (hereinafter, "Davis"), appearing pro se, and pursuant to Title 28 U.S.C. § 1915 seeks the Court's Order granting him leave to pursue appeal in this case without prepayment of costs and fees.

Davis has been incarcerated approximately eleven years. Davis has been without counsel since 2004 and lacks the financial means to retain one.

Petitioner Antoine Davis believes that the preceeding facts coupled with those set forth on the attached Affidavit enable him to proceed in forma peuperis.

Respectfully Submitted,

Antoine Davis

Antoine Davis Reg. No. 50679-066

CERTIFICATE OF SERVICE

I certify under the penalty of perjury as written out at Title 28 U.S.C. § 1746 that the foregoing, MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS, was placed in the mailbox at F.C.C. Allenwood, first-class postage affixed, for placement in the United States Mail Service on this 16th day of July, 2009. In the same fashion, a true and correct copy was sent to:

Ms. Anita Eve
Assistant United States Attorney
615 Chestnut St.
Suite 1250
Philadelphia, Pennsylvania 19106

Antoine Davis Reg. No. 50679-066

## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, ANTOINE DAVIS, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 66.90 | $ n/a | $ 66.90 | $ n/a |
| Self-employment | $ n/a | $ n/a | $ n/a | $ n/a |
| Income from real property (such as rental income) | $ n/a | $ n/a | $ n/a | $ n/a |
| Interest and dividends | $ n/a | $ n/a | $ n/a | $ n/a |
| Gifts | $ 80.00 | $ n/a | $ n/a | $ n/a |
| Alimony | $ n/a | $ n/a | $ n/a | $ n/a |
| Child Support | $ n/a | $ n/a | $ n/a | $ n/a |
| Retirement (such as social security, pensions, annuities, insurance) | $ n/a | $ n/a | $ n/a | $ n/a |
| Disability (such as social security, insurance payments) | $ n/a | $ n/a | $ n/a | $ n/a |
| Unemployment payments | $ n/a | $ n/a | $ n/a | $ n/a |
| Public-assistance (such as welfare) | $ n/a | $ n/a | $ n/a | $ n/a |
| Other (specify): ______ | $ n/a | $ n/a | $ n/a | $ n/a |
| **Total monthly income:** | $ 145.00 | $ n/a | $ 145.00 | $ n/a |

2. List your employment history for the past two years, most recent first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| F.C.C. Allenwood | | Nov. 2007-present | $ 66.90 |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| n/a | n/a | n/a | $ n/a |
| n/a | n/a | n/a | $ n/a |
| n/a | n/a | n/a | $ n/a |

4. How much cash do you and your spouse have? $ 145.00
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Inmate Account | Inmate Account | $ 145.00 | $ n/a |
| | | $ | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home n/a
Value ______

☐ Other real estate n/a
Value ______

☐ Motor Vehicle #1
Year, make & model n/a
Value ______

☐ Motor Vehicle #2
Year, make & model n/a
Value ______

☐ Other assets n/a
Description ______
Value ______

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | $ n/a | $ n/a |
| n/a | $ n/a | $ n/a |
| n/a | $ n/a | $ n/a |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/a | n/a | n/a |
| n/a | n/a | n/a |
| n/a | n/a | n/a |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☐ No<br>Is property insurance included? ☐ Yes ☐ No | $ n/a | $ n/a |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ n/a | $ n/a |
| Home maintenance (repairs and upkeep) | $ n/a | $ n/a |
| Food | $ 100.00 | $ n/a |
| Clothing | $ n/a | $ n/a |
| Laundry and dry-cleaning | $ n/a | $ n/a |
| Medical and dental expenses | $ n/a | $ n/a |

| | You | Your spouse |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ n/a | $ n/a |
| Recreation, entertainment, newspapers, magazines, etc. | $ n/a | $ n/a |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's | $ n/a | $ n/a |
| Life | $ n/a | $ n/a |
| Health | $ n/a | $ n/a |
| Motor Vehicle | $ n/a | $ n/a |
| Other: n/a | $ n/a | $ n/a |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| (specify): n/a | $ n/a | $ n/a |
| Installment payments | | |
| Motor Vehicle | $ n/a | $ n/a |
| Credit card(s) | $ n/a | $ n/a |
| Department store(s) | $ n/a | $ n/a |
| Other: Court Fine | $ 35.00 | $ n/a |
| Alimony, maintenance, and support paid to others | $ n/a | $ n/a |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ n/a | $ n/a |
| Other (specify): n/a | $ n/a | $ n/a |
| **Total monthly expenses:** | $ 135.00 | $ n/a |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

☐ Yes ☒ No If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form? ☐ Yes ☒ No

If yes, how much? ______________________

If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

☐ Yes ☒ No

If yes, how much? ______________________

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.
I am currently incarcerated and I don't have any savings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 14, , 2009

Anton Davis
(Signature)