IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 97-104 |
| | : | |
| v. | : | |
| | : | |
| ANTOINE DAVIS | : | |

**ORDER**

AND NOW, this 24th day of August, 2009, upon consideration of the pro se motion to proceed in forma pauperis of petitioner (Doc. No. 109), and having found that petitioner is unable to afford the costs related to this action, it is hereby ORDERED that motion is GRANTED.

/s Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.