**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTOINE DAVIS** | : | **NO.: 97-cr-104-ALL** |

**O R D E R**

**AND NOW**, this **15th** day of **NOVEMBER, 2011**, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 3(a) of the Local Rules of Criminal Procedure from the calendar of the Honorable Lowell A. Reed, Jr. to the calendar of the Honorable Berle M. Schiller.

**FOR THE COURT:**

**/s/ J. Curtis Joyner**
**J. CURTIS JOYNER**
**Chief Judge**