**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **CRIMINAL NUMBER 97-104-01** |
| | : | |
| | : | |
| **ANTOINE DAVIS**<br>Fed. Reg. No. 50679-066 | : | |

**ORDER**

And now this 17 day of November, 2011, pursuant to 18 U.S.C. § 3582(c)(2) and by agreement of the parties, it is hereby ORDERED that the term of imprisonment on count one in this case is reduced from 121 to 120 months, plus the 60-month term on count two, the total sentence is 180 months. All other terms and conditions of the original sentence are to remain the same.[1]

**BY THE COURT:**

**THE HONORABLE**
**United States District Court Judge**

---

[1]Section 1B1.10 of the Sentencing Guidelines requires that, in determining whether to reduce a sentence based on a retroactive amendment, the Court must consider any impact on public safety. In this case, the government advises the Court that, apart from the information about the defendant's criminal conduct and history which was known and addressed at the initial sentencing proceeding in this case, the government is not aware of any other conduct since sentencing which suggests that the defendant poses a danger to any person or the community.

11-17-11 – 2 CERTIFIED COPIES TO
U.S MARSHAL
U.S. PROBATION OFFICE