IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :

FILED :

v. CRIMINAL NO. 97-CR-104-01

JUL 03 2012 :

ANTOINE DAVIS

MICHAEL E. KUNZ, Clerk
By________Dep. Clerk

PRAECIPE TO SATISFY FINANCIAL JUDGMENT

TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA AT PHILADELPHIA:

Please mark as satisfied the financial penalties portion of the criminal judgment entered in the above-captioned case. This Praecipe applies only to any special assessment, restitution, and criminal fine obligation entered against the above-named defendant.

ZANE DAVID MEMEGER
United States Attorney

Joseph F. Minni

JOSEPH F. MINNI
Assistant United States Attorney
Pennsylvania Bar ID. No. 53241
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476

Date: 7/02/12